United States District Court

Frederick Banks, an American Indian,

v.

Case no.

Jury Trial Demanded

Timothy Pivnichny, 10306 Seabridge Way, Tampa, Fl 33626;
James Comey, Director; Barack Obama; Federal Bureau of
Investigation; Paul Hull; Mary Beth Buchanan;
Brendan T. Conway; Nora Barry Fischer;
Jim Brennan, CIA Director; Central Intelligence
Agency; CIA Office of Science and Technology;
Thomas Hardiman; Cynthia Reed Eddy
Mitt Romney; Hillary Rodham Clinton;
Ralph Shrader; Booz Allen Hamilton
Joy Flowers Conti; Charmaine Odom;
Ben Orrison; Federal Bureau of Investigation
Dr. Ronald Neeper' Dr. Weinstein; Timothy Pivnichny;
Dr. Anne Cuccio; Charles Samuels; Barack Obama;
Jim Brennan; Central Intelligence Agency;
David Anderchak; Thomas Hardiman; United
States District Court for the Western District of
Pennsylvania; United States Probation Office (WDPA);
Administrative Office of the US Courts; Mitt Romney;
Hillary Rodham Clinton; United States Senate; United States
Congress; Senator Richard Burr; Torsten Ove; Pittsburgh Post
Gazette;
The Honorable Anne C. Conway
The Honorable Elizabeth A. Kovachevich
The Honorable Steven D. Merryday
The Honorable James D. Whittemore
The Honorable John E. Steele
The Honorable Timothy J. Corrigan
The Honorable Virginia Covington
The Honorable Marcia Morales Howard
The Honorable Mary S. Scriven
The Honorable Charlene E. Honeywell
The Honorable Roy B. Dalton, Jr.
The Honorable Sheri Polster Chappell
The Honorable Brian J. Davis
The Honorable Paul G. Byron
The Honorable Carlos E. Mendoza
The Honorable George C. Young

**15-cv-04766**
**Judge John J. Tharp**
**Magistrate Judge Michael T. Mason**

**RECEIVED**

MAY 29 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The Honorable Wm. Terrell Hodges
The Honorable Howell W. Melton
The Honorable William J. Castagna
The Honorable G. Kendall Sharp
The Honorable Harvey E. Schlesinger
The Honorable Susan C. Bucklew
The Honorable Patricia C. Fawsett
The Honorable Henry Lee Adams, Jr.
The Honorable Richard A. Lazzara
The Honorable Gregory A. Presnell
The Honorable John Antoon, II
The Honorable James S. Moody, Jr.
The Honorable Thomas G. Wilson
The Honorable Elizabeth A. Jenkins
The Honorable David A. Baker
The Honorable Thomas B. McCoun, III
The Honorable Mark A. Pizzo
The Honorable Karla R. Spaulding
The Honorable Douglas N. Frazier
The Honorable Monte C. Richardson
The Honorable James R. Klindt
The Honorable Gregory J. Kelly
The Honorable Anthony E. Porcelli
The Honorable Joel B. Toomey
The Honorable Thomas B. Smith
The Honorable Philip R. Lammens
The Honorable Patricia D. Barksdale
The Honorable Carol Mirando

                Defendants.

## COMPLAINT

Plaintiff Frederick Banks, an American Indian alleges for his Complaint as follows;

1. In 2003 and 2004 Special Agent Timothy Pivnichny of the FBI during an interview in Pittsburgh Pennsylvania with Meredith Bondi, the Plaintiff's fiance, took out his loaded handgun and pointed it directly at her to intimidate her. Present was Cynthia Reed Eddy Meredith's then counsel and not a US Magistrate Judge in the Western Ditrict of Pennsylvania. Pivnichny is now assigned to a FBI Field office in Tampa Florida. Eddy never mentioned this to anyone even though she knew it was wrong. Pivnichny often used intimidation as a tactic even though he knew it was illegal. Later Pivnichny used his skills again this time it was to repair and cause to repair of an Orbit II DVD/CD Copier made by Microboards. What Pivnichny didn't know then is that Plaintiff had called Microboards just prior to him confiscating the Microboards Orbit II Plaintiff called Microboards the manufacturer of the Orbit II to let them know that the machine never worked and that he needed to return it to get repaired or replaced. Microboards then sent Plaintiff a return authorization form to place in the box which Plaintiff did and sealed the box.

However, when the Orbit II was next seen and demonstrated by Pivnichny amazingly the Orbit II worked. Pivnichny either fixed it or caused it to be fixed. In these two ways he set up Frederick H. Banks. After Banks attempted to expose Pivnichny Booz Allen Hamilton agents of the CIA started bombarding him with a wireless signal to electronically harass him at the request of the FBI to retailiate for Banks having exposed the fact that Pivnichny set him up. Banks relayed this information to Torsten Ove of the Pittsburgh Post Gazette. Instead of investigating it he authored six seperate articles in the Post Gazette lambasting Banks.

2. All of the Defendant's knew or had reason to know that Pivnichny set up Frederick Banks because Banks spent over 10 years writing them and explaining to them what had happened. Not one of these individuals did anything about it but instead yelled at Banks for exposing what Pivnichny did. Banks told Odom, Orrison, Conti and others and they said their was nothing they could do. Not one of these individuals contacted Meredith Bondi to investigate the fact that Pivnichny pointed a gun at her in 2003 to elicit testimony from her against Banks her then fiance. (Meredith Bondi lives at 6118 Meade St Mckeesport, PA 15135-1119 and her phone number is 412-751-5661 the same address Banks provided over the years to the defendants. Bondi was never contacted and an investigation was never performed.) Banks learned of this immediately when Bondi returned home after the incident occurred when Bondi told him shaking and terrified. Bondi was not a target of any investigation nor was she charged with any crime she was simply a witness yet a Pivnichny pointed a gun his gun right at her and Eddy did nothing but look on like it was standard procedure. Over the years Banks relayed this information to Cuccio, Weinstein, Conti, Hardiman, Fisher, Hull, Conway, Odom, Orrison, Ashley and the FBI itself however not one of these individuals or agencies lifted one finger to investigate Bank's allegations. Instead Pivnichny received a promotion and was transferred to Florida. As a result of this coverup Banks brings the instant pleadings and moves the Court for damages exceeding $500,000,000.00 for violations of his Fifth and Fourteenth Amendment Right to Due Process and because the Sioux Treaty of Fort Laramie was violated. Each and every defendant acted as "bad men" in violation of the treaty when they either set Banks up or covered it up or refused to investigate Bank's allegations. Instead of investigating Cuccio and Weinstein and others including Conti recommended mental health treatment for Banks when they knew or had reason to know he needed no such treatment. It was Pivnichny not Banks that needed treatment for setting Banks up.

WHEREFORE, Judgment should be entered against Defendant's and for Plaintiff in the amount of $500,000.00 plus costs, interests and fees and declaratory relief to end the violations.

_[signature]_
_____

Frederick Banks
Hamilton Brown
US Steel Tower
600 Grant Street
Suite 660
Pittsburgh, PA 15219

PLAINTIFF