IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Banks, <br><br> Plaintiff(s), <br><br> v. <br><br> Pivnichny, et al., <br><br> Defendant(s). | Case No. 15-cv-04766 <br> Judge John J. Tharp |

## ORDER

Plaintiff's application to proceed in forma pauperis [3] is denied, the complaint is dismissed, and this action is terminated. The complaint sets forth fantastic and incredible allegations relating, incongruously, to an FBI interview, repair of a copy machine, and a campaign in which "agents of the CIA started bombarding [the plaintiff] with a wireless signal to electronically harass him"; most of the approximately 70 defendants named (a group that includes the President of the United States, a former candidate for that office, and several senators, judges, and other senior government officials) are included only because they failed to take action to stop the alleged conduct. There are many other legal flaws that afflict the complaint, but it suffices to say that dismissal under 28 U.S.C. § 1915(e)(2)(B)(i) is warranted because the claims are frivolous. See Denton v. Hernandez, 504 U.S. 25, 32-33 (1992) (district courts may dismiss claims that are fanciful and fantastic sua sponte under § 1915).

Date: 6/2/2015  /s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge